UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------------X
LORRAINE EBRON,

                Plaintiff,                      **RULE 7.1 STATEMENT**

    -against-

NATIONAL RAILROAD PASSENGER
CORPORATION,

                Defendant.
------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant National Railroad Passenger Corporation d/b/a Amtrak certifies that the following are parent companies, subsidiaries or affiliates of Amtrak which have any outstanding securities in the hands of the public:

> Amtrak, a corporation providing intercity passenger rail service, has no parent company. However, American Premiere Underwriters, Inc. and Burlington Northern Santa Fe Railroad Company own 10% or more of Amtrak's stock.

      These representations are made in order that the judges of this court may determine the need for recusal.

Dated:    New York, New York
             June 27, 2008

                                                Respectfully submitted,
                                                LANDMAN CORSI BALLAINE & FORD P.C.

                              By: _____
                                                Ronald E. Joseph (RJ 9302)
                                                Attorneys for Defendant Amtrak
                                                120 Broadway, 27th Floor
                                                New York, New York 10271-0079
                                                (212) 238-4800

464424.1 DocsNY

To:      Milton Wittels, Esq.
          Irom, Wittels, Freund, Berne & Serra, P.C.
          Attorneys for Plaintiff
          349 East 149th Street
          Bronx, New York 10451
          (718) 665-0220

464424.1 DocsNY