UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LORRAINE EBRON,

        Plaintiffs,

- against -

NATIONAL RAILROAD PASSENGER
CORPORATION,

        Defendant.
------------------------------------------------------------X

NOTICE OF APPEARANCE

08 CV 5998 (DAB)

      **PLEASE TAKE NOTICE** that on behalf of defendant National Railroad Passenger Corporation, d/b/a Amtrak, the undersigned attorney will appear as counsel of record.

      **PLEASE TAKE FURTHER NOTICE** that all pleadings, papers and documents required to be served in this action upon the defendant should be served upon the undersigned.

Dated:    New York, New York
            July 8, 2007

                                      Yours, etc.

                                      LANDMAN CORSI BALLAINE & FORD P.C.

By: _____
     Jason A. Buskin (JB5210)
     Attorneys for Defendant
     National Railroad Passenger Corporation
     120 Broadway, 27th Floor
     New York, NY 10271
     (212) 238-4800

TO:    Milton Wittels, Esq.
       Irom, Wittels, Freund, Berne & Serra, P.C.
       Attorneys for Plaintiff
       349 East 149th Street
       Bronx, New York 10451
       (718) 665-0200

464761.1 DocsNY

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NEW YORK )

  **Jelena Brigida**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at BROOKLYN, NEW YORK.

  That on the 9th day of July, 2008, deponent served the within **NOTICE OF APPEARANCE**
upon

    Milton Wittels, Esq.
    Irom, Wittels, Freund, Berne & Serra, P.C.
    Attorneys for Plaintiff
    349 East 149th Street
    Bronx, New York 10451
    (718) 665-0200

attorneys in this s action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                  _____
                     Jelena Brigida

Sworn to before me this
9th day of July, 2008

_____
Notary

LAURIE EGAN
Notary Public, State of New York
No. 01EG5062768
Qualified in Orange County
Commission Expires Aug. 7, 2010