UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| **LORRAINE EBRON**, | **NOTICE OF APPEARANCE** |
| Plaintiff, | Docket 08 civ 05998 (DAB) (DFE) |
| -against- | |
| **NATIONAL RAILROAD PASSENGER CORP.**, | |
| Defendant. | |

------------------------------------------------------------------------X

PLEASE TAKE NOTICE, that the plaintiff LORRAINE EBRON has retained the undersigned as her attorney, who demands that all papers in the above entitled action be served upon the him at the office located at 349 E. 149th Street, Bronx, New York 10451, or in accordance with the appropriate law and court rules.

Dated: July 7, 2008

**IROM, WITTELS, FREUND, BERNE & SERRA, P.C.**

By: s/_____
**Wesley M. Serra (WS0466)**
Attorneys for Plaintiffs
OFFICE AND P. O. ADDRESS
349 East 149th Street
Bronx, New York 10451
(718) 665-0220