UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

**LORRAINE EBRON**,                                    **JURY DEMAND**

                        Plaintiff,        Docket 08 civ 05998
                                                         (DAB) (DFE)

      -against-

**NATIONAL RAILROAD PASSENGER CORP.**,

                        Defendant.

-------------------------------------------------------------------X

    PLEASE TAKE NOTICE, that the plaintiffs demand trial by jury of all issues in the above action.

Dated: July 11, 2008

                        **IROM, WITTELS, FREUND, BERNE & SERRA, P.C.**

          By:  / s
               **Wesley M. Serra (WS0466)**
               Attorneys for Plaintiffs
               OFFICE AND P. O. ADDRESS
               349 East 149th Street
               Bronx, New York 10451
               (718) 665-0220